In the Matter of the Application of GEORGE BOOCHEVER for an Order in Respect of Certain Alleged Candidates for Member of the Assembly and Aldermen of the Recovery Party.*— Assuming but not deciding that petitioner has a standing in

*Affd., 262 N. Y. 694.

this matter, the court holds on this record that the nominations were validly made in accordance with the Election Law, and the order is, therefore, affirmed. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.